UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:08CV-P71-R

**FREDRICK C. JACKSON**                                                                                      **PLAINTIFF**

**v.**

**CITY OF PADUCAH**                                                                                         **DEFENDANT**

### MEMORANDUM OPINION

Upon filing the instant action, Plaintiff Fredrick C. Jackson assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

By Order entered November 20, 2008 (DN 3), the Court ordered Plaintiff to file his complaint/petition on a court-supplied form. The copy of that Order sent to Plaintiff was returned to the Court by the United States Postal Service on November 26, 2008, marked "Undeliverable As Addressed - No Forwarding Order on File" (DN 4). A handwritten notation indicated "Not Here." *Id.* Apparently, Plaintiff is no longer incarcerated at his address of record, and he has not advised the Court of any change in his address. Because neither notices from this Court nor filings by Defendants can be served on Plaintiff, the Court concludes that Plaintiff has abandoned any interest in prosecuting this case.

The Court will, therefore, dismiss the action by separate Order.

Date:

cc:  Plaintiff, *pro se*
4413.005